[No. 34632-6-I.    Division One.    December 15, 1994.]

THE CITY OF SEATTLE, *Petitioner*, v. WILLIAM GIBBS,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00599-3, James A. Noe, J., entered April
25, 1994. *Reversed* by unpublished per curiam opinion.

[No. 31405-0-I.    Division One.    December 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. OMAR
PALACIOS AVALOS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00774-2, Robert S. Lasnik, J., entered Sep-
tember 23, 1992. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Webster and Becker, JJ.

[No. 12955-1-III.    Division Three.    December 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
CARSON, *Appellant.*

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 92-1-00004-9, James R. Thomas, J., en-
tered December 24, 1992. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Thompson, C.J., and Schul-
theis, J.